UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| United States of America,<br>  Plaintiff,<br><br>         v.<br><br>Jesus A. Cruz-Quintero<br>Defendant | Case No. 98CR013-  .(HL) |

**PETITION FOR REMISSION**

**TO THE HONORABLE COURT:**

Now come, the United States of America, by its undersigned attorneys, petitions this court pursuant to 18 U.S.C. § 3573, as amended by P.L. 100-690, November 18, 1988, for remission of the monetary imposition imposed in this case.

1.  On July 15, 1999 a judgment was entered in this Court against the above defendant, imposing a special monetary assessment of $100.00 and a fine of $1,000.00.

2.  According to information obtained defendant has been deported. (See attached letter)

3.  Pursuant to 18 U.S.C § 3573 upon petition by the Government that reasonable efforts to collect the fine or assessment are not likely to be effective the court may, in the interest of justice, remit all or part of the unpaid portion of the fine or special assessment, including interest and penalties.

4.  Public Law 100-690(November 18, 1988) amends 18 U.S.C. § 3573 by providing that this statue shall apply to all fines and assessments, irrespective of the date of imposition.

5.  The United States Attorney has determined that there is no reasonable likelihood that expending further efforts to collect this fine would produce any revenue to the United States.  Any

US v. Jesus A. Cruz-Quintero
Criminal Case No. 98CR013-01(HL)
Page No. -2-

further efforts would, in fact, be contrary to the interests of the United States because such efforts would needlessly expend resources that could be better directed to areas with greater potential for recovery.

    **WHEREFORE**, the United States Attorney petitions this Honorable Court for an order pursuant to 18 U.S.C. § 3573, as amended, remitting the unpaid balance of the fine.

    In San Juan, Puerto Rico, this 25th day of April of 2008.

    ROSA EMILIA RODRIGUEZ VELEZ
    United States Attorney

    S/ REBECCA VARGAS VERA
    Assistant U.S. Attorney
    USDC Id No. 203307
    Financial Litigation Unit
    Torre Chardon, Suite 1201
    350 Carlos Chardon Street
    San Juan, PR 00918
    Tel. No. 766-5656