UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| United States of America,<br>  Plaintiff,<br><br>         v.<br><br>Jesus A. Cruz-Quintero<br>Defendant | Case No. 98CR013-01(HL) |

### ORDER

Having this Court entertained plaintiff's Petition for Remission, this Court hereby grants said request pursuant to 18 U.S.C. § 3573, as amended.

GRANTED AND SO ORDERED.

At San Juan, Puerto Rico this ____ day of _____ of _____.


_____
U.S. DISTRICT JUDGE